# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLY PAYNE, and BRAD LEE SPEARS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 5:16-cv-1235-F<br>) |
| SESLEY TRUCKING, L.L.C, and ALLEN LEONARD SESLEY, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court because the parties have advised that all claims have been resolved by a settlement agreement and have asked that this Court dismiss the case in its entirety with prejudice with each side to bear its own costs and attorney's fees. The Court finds that good cause exists for granting the dismissal with prejudice.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the above referenced matter is dismissed, in its entirety, with prejudice, with each party to bear its own costs and attorney's fees.

**IT IS ORDERED** this 28th day of February, 2018.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

**LEE GOODWIN LEE LEWIS & DOBSON**

*/s/ Matthew Dobson*

_____
Kyle Goodwin, OBA #17036
(kgoodwin@edmondlawoffice.com)
Jon Lee, OBA #19860
(jtlee@edmondlawoffice.com)
L. Matthew Dobson, OBA #20678
(mdobson@edmondlawoffice.com)
1300 East 9th Street, Suite 1
Edmond, OK 73034
T: 405-330-0118 / F: 405-330-0767
**ATTORNEYS FOR PLAINTIFFS**

AND

**MATTEUZZI & BROOKER, P.C.**

*/s/Matthew J. Brooker*

_____
Michael D. Matteuzzi, OBA #30943
(mmatteuzzi@ma2zlaw.com)
Matthew J. Brooker
(mbrooker@ma2zlaw.com)
10111 West 105th Street
Overland Park, KS 66212
P:  913-253-2500 / F:  913-253-2501
**ATTORNEYS FOR DEFENDANTS**

16-1235p009.PO.docx